WOODWARD v. N.C. MGMT. CO.

No. 466P01

Case below: 145 N.C. App. 207

Petition by defendant-appellants for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.